IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMOS WAYNE STURGIS, | ) | No. C 10-4394 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES DISTRICT COURT WRIT CLERK, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/26/10

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Sturgis394jud.wpd